UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| ALEXANDER MENDIOLA BERMUDES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> _____ ) | 3:11-CV-00627-RCJ-VPC <br><br> O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #30) entered on November 6, 2012, in which the Magistrate Judge recommends that the Court enter an order granting Defendant's Motion to Dismiss (ECF #13) and Plaintiff's Complaint (ECF #7) be dismissed with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #30).

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (ECF #13) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Complaint (ECF #7) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 28TH day of February, 2013.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE